LOUISE C. NASH v. T. J. OAKLEY RHINELANDER and Others.— Motion

to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.  Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.